## THE TRANSFER NO. 8.

### NEW YORK, N. H. & H. R. CO. v. REDDY.

(Circuit Court of Appeals, Second Circuit. December 5, 1893.)

#### No. 31.

COLLISION—TUGS AND TOWS IN EAST RIVER—NAVIGATION NEAR PIERS.

Appeal from the District Court of the United States for the Southern District of New York.

This was a libel by Philip Reddy against the steam tug Transfer No. 8 (the New York, New Haven & Hartford Railroad Company, claimant), and the steam tug New York Central Lighterage Company No. 2, to recover damages for a collision whereby libelant's canal boat was sunk. In the district court a decree was entered for libelant against Transfer No. 8, and exempting No. 2. 53 Fed. 670. The claimant of No. 8 appeals.

Henry W. Taft, for claimant of the Transfer No. 8.
Stewart & Macklin, for appellee.

Affirmed, with interest and costs, on the opinion of the district judge.

---

## THE A. B. VALENTINE.

### WESTERN ASSUR. CO. OF TORONTO v. CORNELL STEAMBOAT CO.

(Circuit Court of Appeals, Second Circuit. December 21, 1893.)

#### No. 59.

COLLISION—STEAMER AND TUG WITH TOW.

Appeal from the District Court of the United States for the Northern District of New York.

This was a libel by the Western Assurance Company of Toronto against the steamer A. B. Valentine, the Cornell Steamboat Company, claimant, to recover damages sustained by a canal boat by reason of a collision with the Valentine. In the district court the libel was dismissed. 55 Fed. 350. Libelant appeals.

George Clinton, for appellant.
Amos Van Etten, for appellee.

Decree affirmed, without an opinion, on the opinion of the district judge.